# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAVEN TYLER JACKSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-5207 |
| | : | |
| **MICHAEL HOLLAND,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this day **28ᵗʰ** of **April 2021**, upon consideration of Plaintiff Javen Tyler Jackson's *pro se* Amended Complaint (ECF No. 13), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, all claims asserted against Defendants Warden Cheryl Steberger, the Lancaster County Prison Board, and Lancaster County are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to terminate Warden Cheryl Steberger, the Lancaster County Prison Board, and Lancaster County as Defendants.

3. The official capacity claim against Defendant Michael Holland is **DISMISSED WITH PREJUDICE**.

4. Any claim based on Jackson's February 18, 2020 misconduct hearing is **DISMISSED WITHOUT PREJUDICE** and with leave to reassert in a new civil action.

5. The Court's Order filed on March 30, 2021 (ECF No. 11) directing the Clerk to issue a summons to Defendant Michael Holland remains in force.

6.  Jackson's Motion to Proceed *In Forma Pauperis* (ECF No. 14) and Motion *Nunc Pro Tunc* to be granted *in forma pauperis* status (ECF No. 15) are **DENIED AS MOOT** since the Court has already granted Jackson that relief. (*See* ECF No. 10.)

**BY THE COURT:**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**