UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JAVEN TYLER JACKSON,                :
         Plaintiff,               :
                                    :
    v.                              :   No.   5:20-cv-5207
                                    :
MICHAEL HOLLAND,                    :
         Defendant.               :
_____

# O R D E R

**AND NOW**, this 17th day of August, 2023, upon consideration of Defendant Michael Holland's Motion for Summary Judgment, ECF No. 56, and for the reasons set forth in the Opinion issued on this date, **IT IS ORDERED THAT:**

1. Defendant's Motion, ECF No. 56, is **DENIED**.

2. The Clerk of Court is **DIRECTED** to send copies of this Court's Opinion and Order to Plaintiff's address of record,[1] as well as copies to the following address: SCI Fayette, 50 Overlook Drive, LaBelle, PA 15450.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] It appears to this Court from the Pennsylvania Department of Corrections' Inmate Locator that Plaintiff may be housed elsewhere, however, it is not clear at this time whether Plaintiff's address of record needs to be officially changed. Therefore, in an abundance of caution and considering Plaintiff's *pro se* status, the Court is requesting that copies be sent to both institutions.