UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVEN TYLER JACKSON,<br>    Plaintiff,<br><br>  v.<br><br>MICHAEL HOLLAND,<br>    Defendant. | :<br>:<br>:<br>:   No.   5:20-cv-5207<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 28th day of February, 2024, upon consideration of the evidence presented during the Bench Trial in this matter held on December 11th through 12th of 2023, and for the reasons set forth in the Court's opinion issued this date, **IT IS ORDERED THAT:**

  1.  **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on Plaintiff's excessive force claim

  2.  **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant on Defendant's assault and battery counterclaims.

  3.  The Clerk of Court is directed to **CLOSE** this case.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge