UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVEN TYLER JACKSON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HOLLAND,<br>　　　　　Defendant. | :<br>:<br>:<br>:　No.　5:20-cv-5207<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 13th day of May, 2024, upon consideration of *pro se* Plaintiff Jackson's "Motion for Intervention of Required Parties to Depose and to Alter Judgment or Move for New Trial," ECF No. 104, the Defendant's response thereto, ECF No. 105, and for the reasons set forth in the Opinion issued on this date, **IT IS ORDERED THAT:**

1.　The Motion, ECF No. 104, is **DENIED**.

2.　This case remains **CLOSED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*_____
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge