UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVEN TYLER JACKSON,<br>Plaintiff,<br><br>v.<br><br>MICHAEL HOLLAND,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:20-cv-5207 |

**ORDER**

**AND NOW**, this 24th day of July, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion for Rule 60 Relief from Judgment or Order, ECF No. 110, is **DENIED**.
2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_________
JOSEPH F. LEESON, JR.
United States District Judge